The People of the State of New York, Respondent, v. George H. Hornbeck, Jr., Appellant.—

No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

The People of the State of New York, Respondent, v. Jack James, Appellant.—

No opinion. Appeal from order of March 8, 1960, dismissed. That order was superseded by the order of March 14, 1960, granting reargument. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

The People of the State of New York, Respondent, v. Charles Johnson, Appellant.—

No opinion. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.